## LAYTON v. POLK.

Supreme Court. Kent. October, 1814.

*Clayton's Notebook, 34.*

518

These causes came on today together.

PER CURIAM. It appears upon the face of the records that the cause of action was divided in order to recover the money before a Justice of the Peace, the whole of the demand being above £12, which is not allowable. The proceedings are therefore erroneous.

*Ex relatione Mr. Clayton.*

Judgments reversed.